NEW YORK COUNTY NATIONAL BANK, Respondent, *v.* AMERICAN SURETY COMPANY, Appellant.

*N. Y. County Nat. Bank* v. *Am. Surety Co.*, 69 App. Div. 153, affirmed.
(Argued March 31, 1903; decided April 28, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Stillman F. Kneeland* and *Charles E. Thorne* for appellant.

*Latham G. Reed* and *John M. Bowers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.